Jeffrey WINICK, on behalf of himself and all others similarly situated, Plaintiff,

and

Robert F. SOWELL, on behalf of himself and all others similarly situated; Joseph W. Sowell, on behalf of himself and all others similarly situated, Plaintiffs—Appellants,

v.

Pacific Gateway Exchange, Inc.; Howard A. Neckowitz; Fred A. Weismiller; Sandra D. Grey; Ronald D. Anderson; Robert F. Craver, Defendants—Appellees.

No. 02–16060.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 10, 2003.

Decided Oct. 22, 2003.

Patrick J. Coughlin, Ellen Gusikoff Stewart, Esq., Milberg Weiss Bershad Hynes & Lerach, LLP, San Francisco, CA, Bruce G. Murphy, Vero Beach, FL, William S. Learch, Milberg Weiss Bershad Hynes & Learch LLP, San Diego, CA, Frederic S. Fox, Joel B. Strauss, Kaplan Kilsheimer & Fox LLP, New York, NY, for Plaintiff.

Christopher T. Heffelfinger, Nicole Lavallee, Berman, DeValerio, Pease & Tabacco, Joseph J. Tabacco, Jr., Esq., Berman, DeValerio, Pease & Tabacco Burt & Pucil-lo, San Francisco, CA, Adam Prussin, Pomerentz, Houdek, Bleck, Grossman and Gresl, New York, NY, for Plaintiff–Appellant.

Before: SCHROEDER, Chief Judge, D.W. NELSON, and W. FLETCHER, Circuit Judges.

ORDER

Pursuant to the parties' Joint Motion filed on September 4, 2003, this court's Memorandum disposition filed August 15, 2003, is hereby withdrawn. This matter is remanded to the district court for further proceedings in accordance with the parties' agreement, as specified in the Joint Motion.